## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **Richard Allen Patterson,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **1:20cv202 (AJT/MSN)** |
| ) | |
| **William C. Smith, et al.,** ) | |
| **Defendants.** ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant's motion for summary judgment [Dkt. No. 45], is GRANTED.

This is a final Order for the purposes of appeal. To appeal this decision, plaintiff must file a written notice of appeal with the Clerk's office within thirty (30) days of the date of this Order. See Fed. R. App. P. 4(a). A written notice of appeal is a short statement indicating a desire to appeal and including the date of the Order the plaintiff wishes to appeal. Failure to file a timely notice of appeal waives the right to appeal this decision.

The Clerk is directed, pursuant to Fed. R. Civ. P. 58, to enter final judgment in favor of defendants Bower and Jacobs; to send a copy of the Memorandum Opinion and this Order to plaintiff pro se and to counsel of record for defendant; and to close this civil action.

Entered this _11th_ day of _March_ 2021.

Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge