IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| **Richard Allen Patterson** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00202-AJT-MSN |
| | ) | |
| | ) | |
| **William C. Smith, et al.** | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on 03/11/2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Ernest Bower and Doris Jachob and against the Plaintiff, Richard Allen Patterson.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
[Deputy Clerk]
Deputy Clerk

Dated: [Date Entered]
Alexandria, Virginia